■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNITTA WILLIAMS, Appellant. [810 NYS2d 360]—Appeal by the defendant from a judgment of the County Court, Rockland County (Resnik, J.), rendered November 30, 2004, convicting her of grand larceny in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid and unrestricted waiver of the right to appeal, as part of her plea agreement, precludes appellate review of her claim that the sentence imposed was excessive (*see People v Lopez,* 6 NY3d 248 [2006]; *People v Callahan,* 80 NY2d 273 [1992]; *People v Seaberg,* 74 NY2d 1 [1989]). Adams, J.P., Ritter, Goldstein, Skelos and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH B. RUSSO, on Behalf of BERNARD WANNAMAKER, Petitioner, v COMMISSIONER, DEPARTMENT OF CORRECTIONS, Respondent. [810 NYS2d 364]—Writ of habeas corpus in the nature of an application to modify the bail set by the Supreme Court, Kings County, upon Kings County indictment No. 9256/05.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of setting a bail bond alternative in the sum of $250,000 to the cash bail already set in the sum of $100,000 on Kings County indictment No. 9256/05, to be posted in the form of an insurance company bail bond in the sum of $250,000 or by depositing the original sum of $100,000 as a cash bail alternative. Krausman, J.P., Luciano, Fisher and Dillon, JJ., concur.